**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Vincent MARBLEY, Defendant–
Appellant.**

No. 07–3464.

United States Court of Appeals,
Sixth Circuit.

Aug. 15, 2008.

Before: MARTIN, ROGERS, and
SUTTON, Circuit Judges.

### ORDER

This appeal raises one issue: Does a district court at sentencing have authority not to follow the sentencing guidelines' disparate treatment of crack and powder cocaine offenses? The district court in this case held that it had no such authority. Subsequent to that determination, the Supreme Court held that a sentencing "judge may consider the disparity between the Guidelines' treatment of crack and powder cocaine offenses." *Kimbrough v. United States,* —— U.S. ——, 128 S.Ct. 558, 564, 169 L.Ed.2d 481 (2007). In view of *Kimbrough,* the government concedes that we should remand this case for resentencing. We agree and therefore vacate the sentence and remand the case to the dis- trict court for resentencing in light of *Kimbrough.*